INTAKE WATER COMPANY, a DELEWARE CORPORATION, PLAINTIFF AND RESPONDENT, v. MONTANA BOARD OF NATURAL RESOURCES AND CONSERVATION ET AL., DEFENDANTS AND RELATORS.

No. 12739.
Decided June 7, 1974.
522 P.2d 760.

AMENDED ORDER

PER CURIAM:

This matter having been fully briefed, argued, and submitted to this Court for decision,

It is ordered:

(1) That the district court of the first judicial district of the State of Montana, Lewis & Clark County, and the Honorable Peter G. Meloy, District Judge thereof, has jurisdiction over County No. 1 of the complaint in case # 36907 and properly acknowledged that said court has no jurisdiction over Count No. 2;

(2) That the stay of proceedings heretofore made is vacated;

(3) That relators' application herein for supervisory control is hereby denied by reason thereof.